# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL JOSEPH MULDER,
Appellant,

vs.

THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS;
DIRECTOR JAMES GREG COX; AND
RENEE BAKER, WARDEN, ELY STATE
PRISON,
Respondents.

No. 72730

**FILED**

MAR 15 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

On January 12, 2018, this court entered an order partially dismissing this appeal as to respondent Bradley Incorporated, pursuant to the parties stipulation. That order also directed appellant to file the opening brief and appendix, as it appeared that other respondents remained in this appeal. Appellant has now filed a motion to dismiss, wherein he indicates that his appeal was only in regard to a district court order dismissing all claims against Bradley, and that the parties' prior stipulation to dismiss this appeal disposed of all issues in this appeal. Accordingly, appellant's motion to dismiss this appeal is granted, and this appeal is dismissed in its entirety. NRAP 42(b).

It is so ORDERED.[1]

_____, C.J.

---

[1]The conditional sanction imposed against appellant's counsel in the February 23, 2018, order, is hereby vacated.

18-10185

cc:    Hon. Gary Fairman, District Judge
Iqbal Law, PLLC
Attorney General/Carson City
Pyatt Silvestri
Supreme Court Law Librarian
White Pine County Clerk